IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

SADIE PARRISH, Executrix of the Estate
of MART KEVIN PARRISH;

    Plaintiff,

v.

                               CIVIL ACTION NO. __2:26-cv-00205__
                               Honorable Judge _____

UNITED STATES OF AMERICA,

    Defendant.

## COMPLAINT

COMES NOW Plaintiff Sadie Parrish, Executrix of the Estate of Mart Kevin Parrish by and through undersigned counsel, CALWELL LUCE DITRAPANO PLLC and TABOR LINDSAY & ASSOCIATES, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671, *et seq.*, and states as follows for her Complaint against Defendant United States of America:

## JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction pursuant to 28 U.S.C.§1331, 1346(b)(1), & 2671, *et seq.*

2.    Venue is appropriately vested in this Court pursuant to 28 U.S.C. §1391, as the medical negligence described herein occurred in Fayette County, West Virginia.

3.    Plaintiff filed an Administrative Claim (Form 95) based on the events set forth herein with the United States Department of Health and Human Services Office of General Counsel on April 15, 2025. Plaintiff's claim is considered constructively denied. Plaintiff has exhausted all obligatory administrative remedies, and this matter is ripe for the filing of this civil action.

1

## THE PARTIES

4.     At all times material hereto, Plaintiff Sadie Parrish is a resident of Fayette County, West Virginia, and is the widow of her decedent Mart Kevin Parrish (Mr. Parrish).

5.     Mr. Parrish died on October 15, 2023, from esophageal cancer as a direct and proximate result of the negligent acts and omissions of the Defendant described herein.

6.     On or about March 14, 2024, Plaintiff Sadie Parrish was appointed Executrix of the Estate of Kevin Mart Parrish by the Fiduciary Supervisor of Fayette County Commission in Fayette County, West Virginia.

7.     Defendant United States of America is named herein pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*

8.     At all times material hereto, Defendant United States of America, operated New River Health Association, Inc. ("New River Health"), by and through its agents, servants, and/or employees, including but not limited to Joshua Boggs, M.D.

9.     At all times hereto, Defendant provided negligent healthcare services to Mart Kevin Parrish through its agents, servants, and/or employees at New River Health in Fayette County, West Virginia, including but not limited to Joshua Boggs, M.D., such negligent care and treatment being a direct and proximate cause of Mr. Parrish's death.

## FACTUAL ALLEGATIONS

10.     Beginning in at least 2020, Mr. Parrish received regular primary care from Joshua Boggs, M.D., at New River Health in Fayetteville, WV.

11.     Records from Mr. Parrish's appointment on February 26, 2020, indicate that Dr. Boggs had previously placed Mr. Parrish on a prescription for Omeprazole.

12.     On or about February 26, 2020, Joshua Boggs, M.D., continued the prescription of

2

Omeprazole 20 mg/extended release for "GERD without esophagitis" and he appears to have maintained Mr. Parrish on this prescription continuously through an office visit on April 22, 2022, at which time Joshua Boggs, M.D., again re-filled this prescription.

13.    During an appointment with Dr. Boggs on or about August 26, 2020, Mr. Parrish's weight was reported at 225 pounds.  On subsequent visits to New River Health, Mr. Parrish's weight was reported as follows:  215 pounds on April 14, 2021; 203 pounds on October 13, 2021; and 193 pounds on April 22, 2022.

14.    On or about June 28, 2022, Mr. Parrish sought medical care from a separate physician, Yancy Short, M.D., with Plateau Medical Group, for complaints of dysphagia and worsening heartburn.  Dr. Short scheduled Mr. Parrish for an EGD and esophageal dilation.  Mr. Parrish's EGD on August 3, 2022, revealed a large fungating tumor in his distal esophagus and a biopsy showed invasive adenocarcinoma.

15.    On or about August 19, 2022, Mr. Parrish was referred to oncologist at the Carl Larson Cancer Center who subsequently diagnosed Mr. Parrish with Stage IV esophageal cancer. Mr. Parrish died from complications from esophageal cancer on October 15, 2023, at the age of 64 years.

### COUNT I – NEGLIGENCE/VIOLATION OF THE WEST VIRGINIA MEDICAL PROFESSIONAL LIABILITY ACT, W. VA CODE § 55-7B-1 ET SEQ. AGAINST DEFENDANT UNITED STATES OF AMERICA

16.    Plaintiff incorporates Paragraph 1 through 16 as if fully stated herein.

17.    Defendant had a duty to provide reasonable medical care and treatment to Mr. Parrish.

18.    In accepting responsibility to provide medical care and treatment to Mr. Parrish, Defendant had a duty to exercise the reasonable and ordinary care, skill, and ability exercised by

other healthcare providers in the same or similar circumstances.

19.   Such duties are imposed on Defendant by the West Virginia Medical Professional Liability Act, W.Va. Code §55-7B-1, *et. seq.*, and common law.

20.   Despite its common law and statutory duty to provide such care, the care and treatment provided by Defendant to Mr. Parrish deviated from the standard of care for health care providers in similar circumstances.

21.   Defendant, acting by and through Joshua Boggs, M.D., breached the applicable standard of care by failing to periodically discontinue Mr. Parrish's use of omeprazole and by failing to periodically order an upper endoscopy evaluation of Mr. Parrish, including during 2020 and 2021, and Defendant, acting by and through Dr. Boggs (and any other providers at New River Health providing primary medical care to Mr. Parrish during the relevant time period) was otherwise negligent.

22.   The aforementioned deviations from the standard of care significantly delayed Mr. Parrish's diagnosis of esophageal cancer, caused him to endure significant pain and suffering related to end-stage esophageal cancer prior to his death, and were a proximate cause of Mr. Parrish's death from esophageal cancer.

## **<u>PRAYER FOR RELIEF</u>**

WHEREFORE, the Plaintiff, Sadie K. Parrish, Executrix of the Estate of Mart Kevin Parrish, requests that this Honorable Court grant her the following relief:

1.   Compensatory damages as to all Counts, including, but not limited to, all damages permissible pursuant to West Virginia Wrongful Death Statute, W. Va. Code § 55-7-6, and damages for decedent's pain and suffering prior to death;

2.    Reasonable attorneys' fees and costs in accordance with applicable law; and

3.    Such other further relief as this Court in its discretion deems just.


**SADIE PARRISH, Executrix of the Estate**
**of MART KEVIN PARRISH,**
**By Counsel:**

 /s/ David H. Carriger
L. Dante' DiTrapano, Esq. (WV Bar No. 6778)
David H. Carriger, Esq. (WV Bar No. 7140)
CALWELL LUCE DITRAPANO PLLC
Law and Arts Center West
500 Randolph Street
Charleston, West Virginia 25302

and

Richard D. Lindsay, M.D., J.D. (WV Bar No. 2216)
TABOR LINDSAY & ASSOCIATES
Post Office Box 1269
Charleston, West Virginia 25325-1269